UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO HURTADO,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN, Warden,<br><br>Respondent. | NO. CV 19-6518-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that

(1) Respondent's motion to dismiss Ground One is GRANTED;

(2) Respondent's motion to dismiss Ground Two as untimely is GRANTED; and

///

///

3) Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: September 17, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge