UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO HURTADO, | NO. CV 19-6518-MWF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: September 17, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge